IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **HANNA Z.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )     1:23CV19 |
| | ) |
| **MARTIN J. O'MALLEY,** | ) |
| **Commissioner of** | ) |
| **Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## **JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment, the Commissioner's decision finding no disability is **REVERSED**, and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g). The Commissioner is directed to remand the matter to the ALJ for further administrative action as set out in the abovementioned Order. To the extent that Plaintiff seeks an immediate award of benefits, the request is **DENIED**.

/s/ Joe L. Webster
United States Magistrate Judge

January 9, 2024
Durham, North Carolina